STATE SAVINGS & LOAN ASSOCIATION, Plaintiff-Appellant on Count I, Appellee and Cross-Appellant on Count II, *v.* RALPH E. COREY and ROBERT M. KIMBROUGH, Defendants-Appellees on Count I, Appellants and Cross-Appellees on Count II, and WALLACE C. S. YOUNG, Defendant-Appellee on Count I Appellant on the Cross-Claim in Count I

*and*

RALPH E. COREY and ROBERT M. KIMBROUGH Third-Party Plaintiffs, *v.* BETTER BUILT HAWAII, LTD., Third-Party Defendant

No. 5021

October 5, 1971

RICHARDSON, C.J., ABE AND KOBAYASHI, JJ., AND CIRCUIT JUDGE HAWKINS IN PLACE OF MARUMOTO, J., DISQUALIFIED, AND CIRCUIT JUDGE M. DOI IN PLACE OF LEVINSON, J., DISQUALIFIED

*Per Curiam.* The petition for rehearing and motion to amend opinion by striking are without merit and denied without argument.

*Helen B. Ryan (Ryan & Ryan* of counsel) Attorney for Ralph E. Corey and Robert M. Kimbrough, for the petition.